UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN KRUGER, | No. 2:19-cv-0926 KJN |
| Plaintiff, | |
| v. | ORDER |
| THORO MOTOR COACH, INC., | |
| Defendant. | |

On June 24, 2019, after all parties consented to the jurisdiction of a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) (ECF Nos. 7, 8), the action was reassigned to the undersigned for all further proceedings and the entry of final judgment. (ECF No. 9.)

Accordingly, IT IS HEREBY ORDERED that:

1. A status (pre-trial scheduling) conference is set for Thursday August 22, 2019, at 10:00 a.m., in Courtroom No. 25 before the undersigned. All parties shall appear by counsel or in person if acting without counsel;

2. Not later than fourteen (14) days prior to the status conference, the parties shall file a joint status report briefly describing the case and addressing the following: (a) service of process; (b) possible joinder of additional parties; (c) any expected or desired amendment of the pleadings; (d) jurisdiction and venue; (e) anticipated motions and

1

their scheduling; (f) the report required by Fed. R. Civ. P. 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses; (g) future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial; (h) special procedures, if any; (i) estimated trial time; (j) modifications of standard pretrial procedures due to the simplicity or complexity of the proceedings; (k) whether the case is related to any other cases, including bankruptcy; (l) whether a settlement conference should be scheduled, including whether the parties desire an early settlement conference; (m) whether counsel will stipulate to the undersigned acting as settlement judge and waive disqualification by virtue of his so acting, or whether they would prefer to have a settlement conference conducted before another judge; (n) whether the case should be briefly stayed and referred to the court's Voluntary Dispute Resolution Program ("VDRP") before further significant litigation expenses are incurred; and (o) any other matters that may add to the just and expeditious disposition of this matter; and

3. The parties and counsel are cautioned that failure to obey the Federal Rules of Civil Procedure, this court's Local Rules, or an order of this court may result in dismissal of the action, a default judgment, or any other appropriate sanctions.

IT IS SO ORDERED.

Dated:  July 2, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

krueg.926

2